# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv13

| | |
|---|---|
| CECIL AUBREY STONE, JR.; and wife JANEY M. HUDSON, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )     **ORDER** |
| WAYNE HOMES MID-ATLANTIC, LLC; CENTEX INTERNATIONAL, INC.; and NORBORD, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the court on the court's own status motion. On January 24, 2007, the court entered an Order requiring a joint status report to be filed not later than January 31, 2007, due to case inactivity. That Order specifically provided that the parties were to show cause "why this action should not be dismissed for failure to prosecute and why the CIAC has not been filed." Hearing nothing from the parties or from counsel for defendants, the court must now schedule this matter for a hearing and advise all concerned that this court typically imposes a daily fine for failure to comply with court Orders and well as filing deadlines imposed by the Local Rules. Counsel as well as the unrepresented plaintiffs should bring their checkbooks.

# ORDER

**IT IS, THEREFORE, ORDERED** that a show cause hearing is **CALENDARED** for March 8, 2007, at 10:30 a.m., in Asheville, Courtroom #2, at which time the parties and their counsel shall show cause why the CIAC was not filed, why this action has not been prosecuted, and why <u>no</u> <u>response</u> of any kind was filed by any party by January 31, 2007.

```
                              Signed: February 2, 2007
```

*[Signature]*

Dennis L. Howell
United States Magistrate Judge