# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv13

| | |
|---|---|
| CECIL AUBREY STONE, JR.; and wife JANEY M. HUDSON, <br><br> Plaintiffs, <br><br> Vs. <br><br> WAYNE HOMES MID-ATLANTIC, LLC; CENTEX INTERNATIONAL, INC.; and NORBORD, INC., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on the court's own status motion. On March 8, 2007, respective counsel appeared and explained to the court's satisfaction the reasons for the delay, and since the hearing, each attorney has taken additional steps to resolve the issue. Finding that counsel have shown appropriate cause, they are relieved from the earlier show cause Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties through counsel having shown good and adequate cause, the previously entered Show Cause Order is **STRICKEN.**

Signed: March 15, 2007

Dennis L. Howell
United States Magistrate Judge