IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06cv13

| | |
|---|---|
| CECIL AUBREY STONE, JR.; and wife JANEY M. HUDSON,<br><br>Plaintiffs,<br><br>Vs.<br><br>WAYNE HOMES MID-ATLANTIC, LLC; CENTEX INTERNATIONAL, INC.; and NORBORD, INC.,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the court on defendants' Motion to Permit Telephonic Attendance at Mediated Settlement Conference. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Permit Telephonic Attendance at Mediated Settlement Conference (#39) is **GRANTED,** and defendants' representative is allowed to appear by telephone.

```
                                            Signed: May 7, 2007
```

Dennis L. Howell
United States Magistrate Judge

-1-