# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv13

| | |
|---|---|
| CECIL AUBREY STONE, JR.; and wife JANEY M. HUDSON, <br><br> Plaintiffs, <br><br> Vs. <br><br> WAYNE HOMES MID-ATLANTIC, LLC; CENTEX INTERNATIONAL, INC.; and NORBORD, INC., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on defendant Norbord, Inc.'s Motion to Permit Telephonic Attendance at Mediated Settlement Conference. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Permit Telephonic Attendance at Mediated Settlement Conference (#41) is **GRANTED,** and defendant's representative is allowed to appear by telephone.

Signed: May 8, 2007

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge